# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC PAUL MCNEIL

NO. 2019 KW 1235

DEC 0 6 2019

---

In Re:    Laurie McNeil, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, Nos.
          17-FELN-034932 & 17-FELN-034936.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

> **PMc**
> **JEW**
> **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT